UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Fadumo Gabaire Mohamed, Anisa Yussuf Abdulle, and Ramla Ali Ahmed, | Civ. No. 24-4198 (PAM/DJF) |
| Plaintiffs, | |
| v. | **ORDER** |
| Marco Rubio, Secretary U.S. Department of State, Washington, D.C.; Matt Pierce, Assistant Secretary, Bureau of Consular Affairs, Washington, D.C.; and Marc D. Dillard, Deputy Chief of Mission, U.S. Embassy, Nairobi, Kenya; | |
| Defendants. | |

On September 25, 2025, the Court entered an Order to Show Cause allowing Plaintiffs seven days to show cause why the Court should not grant Defendant's Motion and provide an explanation as to why no response has been filed at this time. (Docket No. 44.) Plaintiffs filed no response to that Order and the time to do so has passed. Thus, the Court deems Defendants' Motion to Dismiss as unopposed. D. Minn. L.R. 7.1(g).

Accordingly, **IT IS HEREBY ORDERED that**:

1. Defendants' Motion to Dismiss (Docket No. 27) is **GRANTED**; and

2. This matter is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 8, 2025              *s/ Paul A. Magnuson*
                                                         Paul A. Magnuson
                                                         United States District Court Judge